alone, with interest, provided, however, that if said sum of $75 a month be reduced by the Special Term as from and after November 26, 1913, then the reduced amount shall be considered, instead of the $75 a month, in determining the amount hereby required to be paid after the said November 26, 1913; otherwise, order affirmed, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 1102.

---

NICHOLSON, Respondent, v. TOWN OF STILLWATER, Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Elizabeth M. Nicholson, as administratrix, etc., of William S. Nicholson, deceased, against the Town of Stillwater.

PER CURIAM. Judgment and order reversed on law and facts, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $15,000, in which case judgment may be so modified, and, as so modified, judgment and order affirmed, without costs. The court finds that the damages to the plaintiff did not exceed the sum of $15,000, and disapproves of the finding of fact as to damages in excess thereof. See, also, 150 App. Div. 896, 134 N. Y. S. 1140; 208 N. Y. 203, 101 N. E. 858.

KELLOGG, J., votes for reversal absolutely.

---

NICKEL v. AYER. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Margaretha Nickel, as administratrix against Frederick Ayer. L. F. Fish, of New York City, for plaintiff. B. L. Pettigrew, of New York City, for defendant. No opinion. Exceptions overruled, and judgment ordered for defendant, dismissing complaint, with costs. Settle order on notice. See, also, 141 App. Div. 932, 126 N. Y. Supp. 1140.

---

O'CONNOR v. WERNEKE. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Beatrice O'Connor against Anthony H. Werneke. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 145 N. Y. Supp. 1136; 146 N. Y. Supp. 1103.

---

O'CONNOR, Respondent, v. WERNEKE, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 3, 1914.) Action by Beatrice O'Connor against Anthony H. Werneke, impleaded with others. W. G. Mulligan, of New York City, for appellant. E. L. Brisach, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 146 N. Y. Supp. 1103.

---

O'GRADY, Appellant, v. DOYLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by James M. E. O'Grady against Michael Doyle. No opinion. Appeal dismissed, without costs, upon stipulation filed.

O'NEILL v. WALDO. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Felix O'Neill against Rhinelander Waldo. No opinion. Motion granted. Order filed. See, also, 145 N. Y. Supp. 1136.

---

OOTHOUT, Appellant, v. WARNER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Christiana Oothout against Mary Warner and others. W. W. Foster, of New York City, for appellant. E. J. Murphy, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re OSHLAG. (Supreme Court, Appellate Division, First Department. March 20, 1914.) In the matter of Isidore Oshlag. No opinion. Referee's report approved, and proceeding dismissed. Settle order on notice. See, also, 157 App. Div. 912, 142 N. Y. Supp. 1133.

---

OVERROCHER, Respondent, v. BOSTON & M. R. R., Appellant. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Sarah Overrocher, as administratrix, etc., of Elsie Overrocher, deceased, against the Boston & Maine Railroad. No opinion. Judgment and order unanimously affirmed, with costs.

---

PALMER, Respondent, v. PALMER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Anna Amelia Palmer against William A. Palmer and another. No opinion. Judgment and order of the County Court of Westchester County affirmed, with costs.

---

PAOLUCCI, Appellant, v. RINEHART & DENNIS CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1914.) Action by Luigi Paolucci, as administrator, etc., of Virgilio Paolucci, deceased, against the Rinehart & Dennis Company. No opinion. Judgment and order unanimously affirmed by default, with costs. See, also, 145 N. Y. Supp. 1136.

---

PASSINO, Appellant, v. TAMER, Respondent. (Supreme Court, Appellate Division, Third Department. March 4, 1914.) Action by Godfrey Passino against Michael Tamer. No opinion. Judgment affirmed, with costs.

---

PASUK v. AMERICAN MFG. CO. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Pawel Pasuk, an infant, by Pavel Dabydoliski, his guardian ad litem, against the American Manufacturing Company. No opinion. Motion denied, without costs. See, also, 144 N. Y. Supp. 1134.